UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 10-547 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DAN PETRI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Possession of Counterfeit or Unauthorized Access Devices

<u>Date of Detention Hearing</u>:    January 11, 2011

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

        (1)        Defendant is a citizen and national of Romania.  The United States alleges that he

lacks legal status in the United States and, therefore, is in this country illegally.  An immigration

DETENTION ORDER                                                                                    PAGE 1

01   detainer has been placed on defendant by the Bureau of Immigration and Customs Enforcement.

02   (2)   Defendant has strong family ties to Romania, and none to either Canada or the

03   United States.   His financial information in unverified.   His verification sources provided

04   somewhat contradictory information.

05   (3)   Defendant poses a risk of nonappearance due to his immigration status, and the

06   lack of verification of his financial information, plus lack of ties to this country.  If released, he

07   would be taken into immigration custody and possibly deported.  He poses a risk of danger due

08   to the nature and circumstances of the instant offense.

09   (4)   There does not appear to be any condition or combination of conditions that will

10   reasonably assure the defendant's appearance at future Court hearings while addressing the

11   danger to other persons or the community.

12   It is therefore ORDERED:

13   (1)   Defendant shall be detained pending trial and committed to the custody of the

14   Attorney General for confinement in a correction facility separate, to the extent

15   practicable, from persons awaiting or serving sentences or being held in custody

16   pending appeal;

17   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

18   counsel;

19   (3)   On order of a court of the United States or on request of an attorney for the

20   Government, the person in charge of the corrections facility in which defendant

21   is confined shall deliver the defendant to a United States Marshal for the purpose

22   of an appearance in connection with a court proceeding; and

DETENTION ORDER                                                                                                    PAGE 2

01      (4)     The clerk shall direct copies of this Order to counsel for the United States, to

02      counsel for the defendant, to the United States Marshal, and to the United States

03      Pretrial Services Officer.

04    DATED this <u>12th</u> day of January, 2011.

05

06                           Mary Alice Theiler

07                           United States Magistrate Judge

DETENTION ORDER                                         PAGE 3